UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HOAGLAND, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>   v.<br><br>AXOS BANK,<br><br>                            Defendant. | Case No. 19-cv-00750-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**<br><br>**[ECF No. 61]** |

      Plaintiff commenced this class action on April 23, 2019 alleging violations of the Telephone Consumer Protection Act ("TCPA"). (ECF No. 1.) In the operative First Amended Complaint, Plaintiff claims that Defendant used an automatic telephone dialing system ("ATDS") to send text messages to a cellular telephone without prior express consent. (First Am. Compl. ¶¶ 21, 41, ECF No. 34.) Plaintiff further alleges that a question common to the class is whether the text messages were made using an ATDS as the term is defined by the TCPA. (*Id.* ¶ 31a.)

      This Court previously denied Defendant's request to stay the action because, despite the existence of a circuit split, Ninth Circuit precedent regarding the definition of the ATDS was clear and therefore binding on this Court. (Order Denying Def.'s Mot. to Dismiss or Stay at 7, ECF No. 43.) Recently, however, the Supreme Court granted a petition for certiorari in *Facebook, Inc. v. Duguid*, in which it has been asked to determine

"[w]hether the definition of ATDS in the TCPA encompasses any device that can 'store' and 'automatically dial' telephone numbers, even if the device does not 'us[e] a random or sequential number generator.'" See Pet. for Writ of Cert. at ii, *Facebook, Inc.*, No. 19-511 (U.S. Oct. 17, 2019).

The parties represent that this question is central to the dispute in the instant case and thus jointly request a stay until the Supreme Court issues a decision in *Facebook*. (ECF No. 61.) Good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** as follows:

1. All proceedings in this action are stayed pending the decision of the Supreme Court of the United States in *Facebook, Inc. v. Duguid*, No. 19-511 (July 9, 2020).

2. All deadlines set in the Scheduling Order (ECF No. 57) are hereby vacated.

3. Within twenty-one (21) days of the Supreme Court's decision in *Facebook*, the parties shall file a Joint Status Report in this action informing this Court of the disposition of *Facebook*, explaining the impact of the decision on the instant case, and, if necessary, proposing new deadlines for an amended Scheduling Order.

**IT IS SO ORDERED.**

**DATED: July 27, 2020**

Hon. Cynthia Bashant
United States District Judge